IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CASEY L. YOUNG,                       :

    Petitioner,                   :   Case No. 3:05CV013

vs.                                   :   District Judge Walter Herbert Rice
                                               Magistrate Judge Sharon L. Ovington
JAMES S. HAVILAND, Warden,            :
Southern Ohio Correction Facility,
                                      :
    Respondent.
                                      :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 13 (Doc. # 9); PETITION FOR HABEAS CORPUS (DOC. # 1) IS DISMISSED WITH PREJUDICE, PETITIONER IS DENIED PERMISSION TO APPEAL *IN FORMA PAUPERIS* AND ANY REQUESTED CERTIFICATE OF APPEALABILITY; AND, TERMINATING CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. # 9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on February 13, 2008 (Doc. # 9) is ADOPTED;

    2.    Petitioner Casey L. Young's Petition for Habeas Corpus (Doc. # 1) is DISMISSED with prejudice;

3. Petitioner is denied permission to appeal *in forma pauperis* and any requested certificate of appealability; and,

4. The case is terminated on the docket of this Court.

*/s/ Walter Herbert Rice*
Walter Herbert Rice
United States District Judge